## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JILL KILEY, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:17-CV-1756-RDP** |
| | } | |
| **MEDFIRST CONSULTING** | } | |
| **HEALTHCARE STAFFING, LLC,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

This case is before the court on the Responses to Order to Show Cause filed by opt-in plaintiffs Kenosha Johnson (Doc. # 186), Yip Saechow (Doc. # 187), Christopher Rancher (Doc. # 188), Shaquita Malcom (Doc. # 189), and Amy Nix (Doc. # 190). Pursuant to the court's April 2, 2019 Show Cause Order (Doc. # 181), these opt-in plaintiffs have provided Plaintiffs' counsel with his or her completed case information sheet and shown cause to the court in writing why their case information sheet was not produced by the original January 23, 2019 deadline. Accordingly, the court **ORDERS** that the above-named individuals may maintain their status as opt-in plaintiffs.

Any individual who did not turn in his or her case information sheet by the original January 23, 2019 deadline and did not respond to the court's April 2, 2019 Show Cause Order (Doc. # 181) is **DISMISSED** from this action as an opt-in plaintiff. However, the court **REMINDS** the parties that dismissal of an individual's opt-in status shall not affect his or her status as a Rule 23 putative class member with respect to any class alleged by Plaintiffs.

**DONE** and **ORDERED** this April 29, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE